MEMORANDUM OPINION




Nos. 04-07-00008-CR & 04-07-00009-CR



Raul RODRIGUEZ,


Appellant



v.



The STATE of Texas,


Appellee



From the 144th Judicial District Court, Bexar County, Texas


Trial Court Nos. 2006-CR-7555 & 2006-CR-7557


Honorable Mark R. Luitjen, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: March 14, 2007


DISMISSED FOR WANT OF JURISDICTION

 Because appellant did not timely file a notice of appeal following the trial court's imposition
of sentence in either of the underlying causes, we ordered appellant to show cause in writing by
February 9, 2007 why these appeals should not be dismissed for want of jurisdiction. To date, no
response has been filed. We therefore dismiss these appeals for want of jurisdiction. 

 PER CURIAM

Do Not Publish